**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: THE HONORABLE GARY S. KATZMANN**

THE GREENBRIER COMPANIES, INC.; GREENBRIER CENTRAL, LLC; GREENBRIER-CONCARRIL, LLC; GREENBRIER LEASING COMPANY LLC; GREENBRIER-GIMSA, LLC; GUNDERSON-GIMSA S.A. DE C.V.; and GUNDERSON-CONCARRIL S. DE R.L. DE C.V.,
Plaintiffs,

v.

UNITED STATES,
Defendant,

COALITION OF FREIGHT COUPLER PRODUCERS,
Defendant-Intervenor.

Court No. 26-04550-GSK

**ORDER**

Upon consideration of Plaintiffs' ("Plaintiffs" or "Greenbrier") Unopposed Motion for a Preliminary Injunction to enjoin liquidation of certain entries, and other papers and proceedings herein, it is hereby:

**ORDERED** that Plaintiffs' Unopposed Motion for a Preliminary Injunction is **GRANTED**; and it is further

**ORDERED** that the Defendant, United States, together with its delegates, officers, agents, and servants, including employees of the U.S. Customs and Border Protection ("CBP"), shall be, and are hereby **ENJOINED**, pending a final and conclusive court decision in this litigation, including all appeals and remand proceedings, from liquidating, ordering the liquidation of, or causing liquidation of unliquidated entries of certain freight rail couplers and parts thereof from

Mexico and the People's Republic of China, including such couplers and parts mounted on or attached to freight railcars, that:

(1) were subject to CBP's Enforce and Protect Act ("EAPA") investigation in case number 8183, Enforcement Operations Division, Trade Remedy & Law Enforcement Directorate, Office of Trade, re: Notice of Determination as to Evasion – EAPA Case Number 8183 (May 18, 2026) ("TRLED Determination"), and the subsequent *de novo* Administrative Review Determination in EAPA Case No. 8183, HQ H361930, Office of Trade, Regulations & Rulings (Sept. 25, 2026) ("Sept. 25, 2026 RR Final Decision");

(2) were imported by Plaintiffs under the name The Greenbrier Companies, Inc. and its subsidiaries Greenbrier Central, LLC; Greenbrier-Concarril, LLC; Greenbrier Leasing Company LLC; Greenbrier-GIMSA, LLC; Gunderson-GIMSA S.A. de C.V.; and Gunderson-Concarril S. de R.L. de C.V. (collectively "Greenbrier");

(3) were entered, or withdrawn from warehouse, for consumption on or after April 24, 2024, up to and including May 18, 2026;

(4) remain unliquidated as of 5:00 p.m. on the day the Court enters the order enjoining liquidation on the docket of this action; and it is further

**ORDERED** that this injunction shall dissolve upon entry of a final court decision in this litigation, including all appeals and remand proceedings, and that the entries covered by this injunction shall be liquidated in accordance with that final decision; and it is further

**ORDERED** that any entries inadvertently liquidated by U.S. Customs and Border Protection after this order is signed shall be returned to unliquidated status and suspended in accordance with this injunction.

**SO ORDERED**.

/s/ Gary S. Katzmann
Gary S. Katzmann, Judge

Dated: November 17, 2026
New York, New York